1  JAMES HAWKINS APLC
   JAMES R. HAWKINS SBN 192925
2  GREGORY MAURO, SBN 222239
3  MICHAEL CALVO, SBN 314986
   9880 Research Drive, Suite 200
4  Irvine, California 92618
5  Telephone: (949) 387-7200
   Facsimile:  (949) 387-6676
6  James@jameshawkinsaplc.com
7  Greg@jameshawkinsaplc.com
   Michael@jameshawkinsaplc.com
8

9  Attorneys for DAVID TOWNSEND individually and on
10 behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| DAVID TOWNSEND, on behalf of others similarly situated, | Case No. 22-cv-5185-PA-(MAAx) |
|---|---|
| | Hon. Percy Anderson |
| Plaintiff, | **JOINT NOTICE OF INDIVIDUAL SETTLEMENT AND REQUEST TO VACATE ALL CORRESPONDING DEADLINES** |
| vs. | |
| J.B. HUNT TRANSPORT SERVICES, INC., an Arkansas Corporation and DOES 1 through 50 inclusive, | |
| Defendants. | |

**TO THE COURT:** Plaintiff David Townsend ("Plaintiff") and Defendants J.B. Hunt Transport Services Inc., and J.B Hunt Transport Inc., ("Defendant") (collectively the "Parties") hereby give notice that they have reached an individual settlement in this matter. For these reasons, the Parties herein respectfully request the Court vacate all deadlines in this matter, including the June 23, 2023 Scheduling Conference. The Parties respectfully request the Court set an Order to Show Cause re Dismissal in approximately 30-days to provide time for the Parties to finalize the terms of the settlement and to get the requisite dismissal on file.

Dated:  June 22, 2023        JAMES HAWKINS APLC

                             By:    /s/ Gregory Mauro
                                    Gregory Mauro
                                    Attorney for Plaintiff,
                                    DAVID TOWNSEND, individually and on
                                    behalf of all others similarly situated

Dated:  June 22, 2023        SCOPELITIS, GARVIN, LIGHT, HANSON
                             & FEARY, LLP

                             By:    /s/ Christopher C. McNatt, Jr (with permission)
                                    Christopher C. McNatt, Jr.
                                    Attorney for Defendants,
                                    J.B. HUNT TRANSPORT SERVICES, INC. and
                                    J.B. HUNT TRANSPORT, INC.

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: June 22, 2023                       /s/ Gregory Mauro
                                           Gregory Mauro, Esq.

- 1 -

JOINT NOTICE OF SETTLEMENT