UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEND, individually and on behalf of all others similarly situated and on behalf of the public as private attorney general,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>J.B. HUNT TRANSPORT SERVICES, INC., an Arkansas corporation; J.B. HUNT TRANSPORT, INC., and DOES 2 to 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:22-cv-05185-PSG-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS AND AGGRIEVED EMPLOYEE CLAIMS WITHOUT PREJUDICE [ECF NO. 52]** |

　　This matter is before the Court on the parties' Joint Stipulation to Dismiss Plaintiff's Individual Claims with Prejudice and the Class and Aggrieved Employee Claims Without Prejudice. For good cause shown, the Court GRANTS the relief requested.

　　It is therefore ORDERED that, Plaintiff's individual claims for relief in this action are dismissed with prejudice. The class and aggrieved employee claims are hereby dismissed without prejudice.

Dated: October 12, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Hon. Phillip S. Gutierrez
　　　　　　　　　　　　　　　　　　　　U.S. District Judge